UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES BASIL IRONS,<br><br>    Defendant. | NO. CR-01-47-EFS<br><br>**ORDER ENTERING COURT'S ORAL RULINGS FROM OCTOBER 25, 2007, HEARING** |

A hearing was held in the above-captioned matter on October 25, 2007, in Spokane, Washington. Defendant James Basil Irons was present, represented by Robert R. Fischer. Assistant United States Attorney Stephanie J. Lister appeared on behalf of the Government. Tamia A. Kimball also appeared, represented by Karen S. Lindholdt. Before the Court was Defendant's Motion to Review Conditions of Supervised Release. (Ct. Rec. 38.) Defendant asked to be allowed to reside with former co-defendant and current fiancé Tamia Kimball.

This Order serves to memorialize the Court's oral ruling on Defendant's motion. Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Review Conditions of Supervised Release **(Ct. Rec. 38)** is **DENIED** with a right to renew. Defendant may, if he chooses, renew this motion and request a December 13, 2007, hearing date

ORDER ~ 1

in Spokane, Washington. At that hearing, if it occurs, the Court will hear from the United States Probation Office on whether Tamia Kimball has complied with her supervised release conditions and demonstrates stability in her life. Until such a determination, if any, is made, Defendant shall not reside with Tamia Kimball and Defendant's supervised release conditions shall not change. Defendant shall be permitted to see Tamia Kimball with prior approval from USPO Rosser.

2. On January 31, 2002, this Court entered an Order in Cause No. CR-01-0048, United States of America v. Tamia A. Kimball, granting Tamia Kimball and James Basil Irons leave to marry. Because that Order (Ct. Rec. 63) has not been acted upon, it is **RESCINDED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel in the above-captioned matter, counsel in Cause No. CR-01-0048, and the U.S. Probation Office.

**DATED** this ___26th___ day of October 2007.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Criminal\2001\47.Modify.SR.wpd

ORDER ~ 2