# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

January 14, 2010

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 575-5842 / fax (509) 454-5782

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO **Spokane**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 14 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

The Honorable Edward F. Shea
U.S. District Judge
Federal Building
825 Jadwin Avenue, Suite 174
Richland, WA 99352

RE: **Irons, James Basil**
Dkt. No. 2:01CR00047-001
**Request For Early Release From Residential Reentry Center**

Dear Judge Shea:

On March 26, 2009, James Irons was before Your Honor to address alleged violations of supervised release. His term of supervised release was revoked and he was sentenced to 303 days of jail, followed by 36 months of supervised release. As a condition of supervised release he was ordered to reside at a residential reentry center (RRC) for a period of up to 180 days.

Mr. Irons released from Bureau of Prisons' custody on August 27, 2009. He reported to the RRC on August 28, 2009, where he continues to reside. Mr. Irons is employed through Canadian National Marketing, and participates in drug treatment through Pioneer Counseling.

James Irons is requesting the Court consider an early release from the RRC. He has interviewed and been accepted into the Maud House pending his release. The Maud House is a clean and sober residence funded by a Washington State grant. The facility has paid staff present as well as a case manager on site. They conduct random Breathalyzer and urinalysis testing. Maud House offers numerous on-site services to include responsible reentry certification, independent living skills, and job search assistance.

**January 14, 2010**
**Page 2**

Participants must pay 30 percent of their gross income while at the Maud House. However, the income goes into a savings account that is available for them to use toward deposit and rent when they move into their own residence. The typical length of the program stay is 3 to 6 months. Participants typically transition into their own residences upon completion of the program.

This program has limited openings and is very selective about who is chosen to participate. Mr. Irons underwent three interviews over the course of 2 weeks prior to being selected.

Mr. Irons' adjustment to supervision during the last 5 months has been appropriate. The Maud House appears to be an excellent release plan for his transition from the RRC. Given this information, the undersigned officer respectfully requests the Court grant Mr. Irons an early release from the RRC, and authorize him to move into the Maud House on or after January 15, 2010.

Should Your Honor concur with this request, please advise the undersigned officer.

                                        Respectfully submitted,

                                        s/Matthew L. Thompson    01/14/2010
                                        Matthew L. Thompson          Date
                                        U.S. Probation Officer

APPROVED BY:

s/Gayla S. Hunt                01/14/2010
Gayla S. Hunt                      Date
Supervising U.S. Probation Officer

**January 14, 2010**
**Page 3**

[X] Court Concurs
[ ] Court Does Not Concur
[ ] Other

_____
Signature of Judicial Officer

1/14/10
_____
Date