PROB 12C
(7/93)

Report Date: October 5, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 05 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Basil Irons                 Case Number: 2:01CR00047-001

Last Known Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, WA 99204

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 09/13/2001

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 92 Months; TSR - 48 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: | 08/27/2009 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: | 08/26/2012 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | **Supporting Evidence**: Mr. Irons released from a residential reentry center (RRC) to the Maud House at 1227 West 6th Avenue in Spokane, Washington, on January 15, 2010. The Maud House is operated through the Volunteers of America, and is a transitional residence for individuals being released from custody. The undersigned officer was contacted by the case manager from the Maud House on October 4, 2010. It was reported that the defendant had been kicked out of the residence due to program violations. Mr. Irons has failed to report this information, as well as his current residence, to the U.S. Probation Office. Attempts to contact Mr. Irons have been unsuccessful as his cellular telephone has been turned off. |
| 2 | **Special Condition # 20**: You shall undergo a substance abuse evaluation as directed by the supervising probation officer, and if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall allow full reciprocal disclosure between the probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability, as determined by the supervising probation officer. |

Prob12C
Re: Irons, James Basil
October 5, 2010
Page 2

        **Supporting Evidence**: Mr. Irons completed a substance abuse assessment through Pioneer Counseling, and it was recommended that he complete intensive outpatient treatment. He was directed by Terry Cowgill at Pioneer Counseling that his first treatment session would begin on September 27, 2010. Mr. Irons failed to attend that treatment session, and was contacted by the undersigned officer. On September 30, 2010, Mr. Irons was again directed to begin intensive outpatient treatment on October 4, 2010. He failed to report for treatment as directed.

3        **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (including urinalysis and patch), as directed by the supervising probation officer, in order to confirm your continued abstinence from these substances.

        **Supporting Evidence**: Mr. Irons failed to report for required drug testing at Pioneer Counseling on October 4, 2010.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/05/2010

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

OCT 5 2010
Date