PROB 12C
(7/93)

Report Date: April 11, 2011

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 10 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Basil Irons          Case Number: 2:01CR00047-001

Last Known Address of Offender

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 09/13/2001

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 92 Months; TSR - 48 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 08/27/2009 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: 08/26/2012 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: Mr. Irons has failed to report and submit a written report to the undersigned officer during the first 5 days of April 2011. |
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On December 1, 2010, Mr. Irons moved into the Glenrose Prairie Oxford House, which is a clean and sober residence. On April 5, 2011, the undersigned officer was advised by one of the residents that Mr. Irons was no longer residing at the Oxford House due to a rule violation. Further, he had not been at the residence since March 31, 2011. Mr. Irons left a message on April 6, 2011, stating he was "kicked out of the Oxford House." He did not report his new address or leave a phone number where he could be contacted. Mr. Irons' current whereabouts are unknown. |

Prob12C
Re: Irons, James Basil
April 11, 2011
Page 2

3    **Special Condition # 20**: You shall undergo a substance abuse evaluation as directed by the supervising probation officer, and if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall allow full reciprocal disclosure between the probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability, as determined by the supervising probation officer.

    **Supporting Evidence**: Mr. Irons has been diagnosed as chemically dependent to opiates. He is enrolled at Pioneer Counseling, and is completing intensive outpatient treatment. Mr. Irons failed to report for scheduled drug treatment on April 4, 5, and 6, 2011. He failed to contact the treatment provider and undersigned officer regarding his missed treatment sessions. Mr. Irons is in noncompliance with his recommended treatment program.

4    **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (including urinalysis and patch), as directed by the supervising probation officer, in order to confirm your continued abstinence from these substances.

    **Supporting Evidence**: Mr. Irons failed to report for scheduled drug testing on March 24, 2011, and also April 4 and 6, 2011.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/11/2011

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

4/12/11
Date